IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CARL E. MEAD**,
Plaintiff,

v.                                                                                          Cause No. CIV 03-1454 JH/WDS

**JOE R. WILLIAMS**, Secretary of Corrections;
**ERMA SEDILLO**, Deputy Secretary of Corrections;
**WACKENHUT CORRECTIONS CORPORATION**;
**PATRICK SNEDEKER**, Warden;
**BARRY HERTZOG**, Warden of Operations;
**SANDRA McFADIN**, Warden of Programs;
**GREG DANIEL**, Chaplain;
**L. BRINZSTOOL**, Grievance Manager; and
**MICHAEL BRODIE**, Correctional Officer, Acting Property Officer;
Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** having come before the court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed on November 13, 2008 (Document #36), to which the Plaintiff did not file objections, and the court having made a *de novo* review of the record, the court finds the proposed findings and recommended disposition of the United States Magistrate Judge should be adopted.

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the court;

**IT IS FURTHER ORDERED** that Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

_____
**Judith C. Herrera**
**United States District Judge**